Argued and submitted April 13, affirmed as modified November 28, 1984

In the Matter of the Marriage of

# LAWHORN,
*Respondent,*

*and*

# LAWHORN, nka Forest,
*Appellant.*

(118504; CA A29161)

691 P2d 916

Richard D. Gatti, Salem, argued the cause for appellant. With him on the brief was Gatti & Gatti, P.C., Salem.

Mark L. B. Wheeler, Salem, argued the cause and filed the brief for respondent.

Before Richardson, Presiding Judge, and Warden and Newman, Judges.

PER CURIAM

## PER CURIAM

■ Mother appeals an order modifying the decree of dissolution by eliminating father's child support obligation. On *de novo* review, we concur in the trial court's modification.

■ Mother also contends that the court erred in awarding attorney fees to father because there was no evidence presented regarding the reasonableness of the amount or any stipulation that the court could determine the amount of fees without such evidence. Father did not respond to this assignment in his brief. We agree that attorney fees should not have been awarded. *Wilson and Wilson,* 62 Or App 201, 660 P2d 188 (1983).

The award of attorney fees is reversed, affirmed otherwise. No costs to either party.